1  David Nied (SBN 13613)
   Herman J. Hoying (SBN 257495)
2  **AD ASTRA LAW GROUP, LLP**
   582 Market Street, 17th Floor
3  San Francisco, CA 94104
   Telephone: (415) 795-3579
4  Facsimile:  (415) 276-1976

5  Attorneys for Defendant
   JON BYRON DAVIS

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VACC, INC., a California corporation,<br><br>           Plaintiff,<br><br>      v.<br><br>JON BYRON DAVIS (aka J. Byron Davis), an individual,<br><br>           Defendants. | CASE NO.:   3:16-cv-01350 JCS<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT [Local Rule 6.1(a)]**<br><br>Complaint Filed: March 18, 2016<br><br>Trial Date:  None Assigned |

**Stipulation for Extension of Time - Case No. 3:16-cv-01350 JCS**

Pursuant to Local Rule 6.1(a), Plaintiff VACC, Inc. and Defendant, Jon Byron Davis, by and through their counsel of record, hereby stipulate that Defendant shall have an additional thirty (30) days beyond the time period prescribed for the response after service of the Complaint, which was filed in this matter by Plaintiff on March 18, 2016.  Defendant's response to the Complaint is due on or before Monday, June 27, 2016.

The extension of time for Defendant to respond to the Complaint will not alter the date of any event or any deadline already fixed by Court order.

IT IS SO STIPULATED:

Dated: May 17, 2016                    **AD ASTRA LAW GROUP, LLP**

By _/s/ Herman J. Hoying_
HERMAN J. HOYING
Attorneys for Defendant
JON BYRON DAVIS


Dated: May 17, 2016                    **GORDON REES SCULLY MANSUKHANI, LLP**

By _/s/ Michael D. Kanach_
MICHAEL D. KANACH
Attorneys for Plaintiff
VACC, INC.

**ATTESTATION PURSUANT TO LOCAL RULE 5.1**

Concurrence in the filing of this document has been obtained from all signatories, and shall serve in lieu of their signatures on the document.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Signed on May 17, 2016 in San Francisco, California.

By _/s/ Herman J. Hoying_

Dated: 5/18/16

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]