MARK S. POSARD (SBN 208790)
mposard@gordonrees.com
SUSAN B. MEYER (SBN 204931)
smeyer@gordonrees.com
GORDON REES SCULLY MANSUKHANI, LLP
1111 Broadway, Suite 1700
Oakland, CA 94607
Telephone: (510) 463-8600
Facsimile: (510) 984-1721

MICHAEL D. KANACH (SBN 271215)
mkanach@gordonrees.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Plaintiff,
VACC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VACC, INC., a California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>JON BYRON DAVIS (aka J. Byron Davis), an individual,<br><br>Defendant. | CASE NO. 3:16-cv-01350-JCS<br><br>**STIPULATION TO EXTEND THE DEADLINE FOR MEDIATION AND OTHER DEADLINES SET FORTH IN THE COURT'S SCHEDULING ORDER**<br><br>Complaint Filed: March 18, 2016<br><br>Trial Date: None Assigned |

1    Pursuant to Local Rule 6-2 and 6-1(b) Plaintiff VACC, Inc. and Defendant, Jon Byron

2 Davis, by and through their counsel of record, hereby stipulate to extend the deadline for

3 mediation and related deadlines, which modifies the deadlines set forth in ECF 27 and 30.

4    WHEREAS, the parties stipulate to extend the deadline for mediation from September 13,

5 2016 (as stipulated to in the ECF 30), to **September 29, 2016**.

6    WHEREAS, the parties have scheduled mediation to occur on September 29, 2016, with

7 Catherine Yanni of JAMS.

8    WHEREAS, the parties' counsel have also scheduled a call with Catherine Yanni on

9 September 6, 2016, to discuss whether the parties can come to an agreement for purposes of

10 sharing information for mediation when the documents are properly designated "Highly

11 Confidential Attorneys Eyes Only" by the other party pursuant to the Protective Order.

12    WHEREAS, the parties further stipulate to extend the following dates from the Court's

13 Scheduling Order (ECF 27), to be consistent with the extension of the mediation date:

- The parties further stipulate to extend the deadline for Plaintiff to file an amended complaint for two weeks to **September 15, 2016**.
- The parties stipulate to extend the deadline for Defendant file a responsive pleading to the amended complaint for two weeks to **October 15, 2016**.
- The parties further stipulate to reschedule the Further Case Management Conference to **October 14, 2016, at 2:00 pm**, so it occurs after the scheduled mediation, rather than before.
- The parties further stipulate to submit a Further Case Management Conference Statement on or by **October 7, 2016**.

23    WHEREAS, the parties stipulate to the foregoing extensions.

24    WHEREAS, the parties have engaged in early discovery, in preparation for early

25 mediation, pursuant to ECF 27;

26    WHEREAS, the extensions of time are modified to be consistent with the Court's previous

27 scheduling order, set forth after the Initial Case Management Conference;

28

-1-

STIPULATION TO EXTEND DEADLINE FOR MEDIATION
AND OTHER DEADLINES                                         Case No. 3:16-cv-01350-JCS

1  WHEREAS, consistent with the reasoning behind the schedule set forth in the Scheduling
2  Order (ECF 27), the extensions of time will assist the parties in engaging in mediation without
3  additional costs;
4  WHEREAS, the only previous extension in this case was for the Defendant to answer the
5  Complaint, which was further extended at the Initial Case Management Conference; and
6  WHEREAS, the foregoing extensions of time will not alter the date of any other event or
7  any deadline already fixed by Court order.

Dated: September 1, 2016                GORDON REES SCULLY MANSUKHANI, LLP

                                        By:   */s/ Michael Kanach*
                                              Mark S. Posard
                                              Susan B. Meyer
                                              Michael D. Kanach
                                              Attorneys for Plaintiff
                                              VACC, INC

Dated: September 1, 2016                AD ASTRA LAW GROUP, LLP

                                        By:   */s/ Herman Hoying*
                                              David Nied
                                              Herman J. Hoying
                                              Attorneys For Defendant
                                              JON BYRON DAVIS

-2-

STIPULATION TO EXTEND DEADLINE FOR MEDIATION
AND OTHER DEADLINES                                                  Case No. 3:16-cv-01350-JCS

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2  The mediation deadline is **September 29, 2016**.

3  Plaintiff shall file their amended complaint by **September 15, 2016**.

4  Any responsive pleading to the amended complaint shall be due by **October 15, 2016**.

5  An updated joint case management conference statement shall be due by **October 7, 2016**.

6  A further case management conference is set for **October 14, 2016**, at 2:00 PM.

DATED: September 2, 2016          _____
                                  Honorable Joseph C. Spero.
                                  United States Chief Magistrate Judge